COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:          01-13-00710-CV

Style:          In the Interest of J.J.J., S.D.J., and N.R.J., Children

Date motion filed\*:          October 1, 2013

Type of motion:          Motion for extension of time to file reporter's record

Party filing motion:          Court reporter

Document to be filed:          Reporter's record

Is appeal accelerated?          Yes

If motion to extend time:

    Original due date:          August 26, 2013

    Number of prior extensions:    0          Current Due date:  October 7, 2013

    Date Requested:          October 31, 2013

Ordered that motion is:

    ☑     Granted in part

          If document is to be filed, document due:  October 17, 2013

          ☐     The Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Other: _____

    **On September 26, 2013, we ordered court reporter Julia Rangel to file the reporter's record by October 7, 2013. Therefore, pursuant to Texas Rule of Appellate Procedure 35.3(c), we grant the court reporter's request in part and order the reporter's record be filed no later than October 17, 2013.** *See* **TEX. R. APP. P. 28.4(b)(2), 35.3(c) (authorizing extensions of no more than 10 days).**

Judge's signature: /s/ Chief Justice Sherry Radack

          ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  October 8, 2013
November 7, 2008 Revision